

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

Monika Niedbalski,

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

21-MC-747 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Applicant Monika Niedbalski shall submit the contents of the docket in the Alberta Proceeding thus far no later than **September 9, 2022**. Thereafter, Walton International Group, Inc. shall submit any order or decision resulting from the Alberta Court's hearing (which, according to Walton International Group, Inc., is scheduled for September 29, 2022).

Dated:  New York, New York
        August 31, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**