UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA NIEDBALSKI,

              Applicant,

   - against -

WALTON INTERNATIONAL GROUP, INC.,

             Interested Party.

21-mc-747 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

   Walton International Group, Inc. is directed to provide courtesy copies of the pending fully briefed objections to the Magistrate Judge's May 8, 2023, Report and Recommendation.

SO ORDERED.

Dated:   New York, New York
           June 6, 2023

                                    John G. Koeltl
                             United States District Judge